RECEIVED
APR 16 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAKEEM CUNNINGHAM,<br>　　　　Plaintiff | CIVIL ACTION NO. CV10-01674<br>SECTION "P" |
| VERSUS | JUDGE James Trimble, Jr. |
| TIMOTHY ROBINSON, et al.,<br>　　　　Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Cunningham's action against Keffer, Winko, and Smith is DISMISSED WITH PREJUDICE for failure to state a constitutional claim and for failure to effect service.

IT IS FURTHER ORDERED that the motion for summary judgment filed by defendants' Robinson, Steortz, Elder, and Ventura (Doc. 25) is GRANTED and that Cunningham's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 16th day of April, 2012.

~~DEE D. DRELL~~ James Trimble, Jr.
UNITED STATES DISTRICT JUDGE