RECEIVED

APR 1 6 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

RAKEEM CUNNINGHAM,
      Plaintiff

VERSUS

TIMOTHY ROBINSON, et al.,
      Defendants

CIVIL ACTION NO. CV10-01674
SECTION "P"

JUDGE James Trimble, Jr.

MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Cunningham's action against Keffer, Winko, and Smith is DISMISSED WITH PREJUDICE for failure to state a constitutional claim and for failure to effect service.

IT IS FURTHER ORDERED that the motion for summary judgment filed by defendants' Robinson, Steortz, Elder, and Ventura (Doc. 25) is GRANTED and that Cunningham's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _16th_ day of ___April___, 2012.

_____
~~DEE D. DRELL~~ James Trimble, Jr.
UNITED STATES DISTRICT JUDGE